Submitted January 18, reversed and remanded March 16, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*
*v.*
CARL BOYD PENDERGRAFT,
*Defendant-Appellant.*

Jefferson County Circuit Court
19CR76848; A173372

505 P3d 1097

Daina A. Vitolins, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Francis C. Gieringer, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Mooney, Presiding Judge, and Kamins, Judge, and Hadlock, Judge pro tempore.

PER CURIAM

Reversed and remanded. *State v. Prophet*, 318 Or App 330, 507 P3d 735 (2022).